

**THE LAW OFFICE OF**
**AVRAM E. FRISCH LLC**

**New Jersey Office**
1 University Plaza
Suite 119
Hackensack, NJ 07601

**New York Office**
150 Broadway
Suite 900
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.

August 10, 2024

VERNON S. BRODERICK, UNITED STATES DISTRICT JUDGE
United States District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**<u>Via Electronic Filing</u>**

Re:   Platt - Altaune Brown ADA Litigation 1:24-cv-05688-VSB

Dear Judge Broderick:

This firm represents Flemington Estates LLC, in the above captioned matter.  I write this letter motion to request an extension of time to answer in this matter to September 7, 2024. The Plaintiff has consented to this request.

Very truly yours,

Avram E. Frisch

Cc: Brad Marks, Esq.
Mary Kate Brennan, Esq.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.
8/12/2024
Defendant Flemington Estates
LLC shall respond to the
complaint by September 7, 2024.

