UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTUANE BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>FRANKIE SHOP LLC and FLEMINGTON ESTATES LLC,<br><br>    Defendants. | Case No. 24-cv-05688<br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mary Kate Brennan, Esq. of Dentons US LLP hereby appears as counsel of record for Defendant, Frankie Shop LLC. in this action. Her contact information is as follows:

> Mary Kate Brennan, Esq.
> Dentons US LLP
> 1221 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 768-6922
> marykate.brennan@dentons.com

We respectfully request that the Clerk update the docket as indicated above.

Dated: August 14, 2024                     Respectfully submitted,
New York, New York

                **DENTONS US LLP**

                */s/ Mary Kate Brennan*
                Mary Kate Brennan
                1221 Avenue of the Americas
                New York, NY 10020
                Telephone: (212) 768-6922
                Facsimile: (212) 768-6800
                marykate.brennan@dentons.com

                *Attorneys for Defendant, Frankie Shop LLC*