**大DENTONS**

**Mary Kate Brennan**
Senior Attorney

marykate.brennan@dentons.com
D   +1 212-768-6922

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

August 14, 2024

**VIA ECF**

Hon. Vernon S. Broderick
U.S. District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *Brown v. Frankie Shop LLC et al*, Civ. No. 24-cv-05688-VSB
**Letter Motion Requesting Extension of Time to Respond to the Complaint**

Dear Judge Broderick:

We represent Defendant Frankie Shop LLC ("Frankie Shop") in the above-referenced action. Frankie Shop respectfully moves the Court to set the deadline at October 25, 2024 for Frankie Shop to answer, move, or otherwise respond to Plaintiff's Complaint. Frankie Shop's current deadline to answer is August 26, 2024. Plaintiff's counsel consents to this request for a 60-day extension of time. Frankie Shop has not requested any prior extensions in this case and seeks this one to permit the parties to meaningfully communicate regarding Plaintiff's allegations.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Mary Kate Brennan*

Mary Kate Brennan
Senior Attorney

cc:   All counsel of record (via ECF)

**Zaanouni Law Firm & Associates ► LuatViet ► Fernanda Lopes & Associados ► Guevara & Gutierrez ► Paz Horowitz Abogados ► Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**