

September 4, 2024

VERNON S. BRODERICK, UNITED STATES DISTRICT JUDGE
United States District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**<u>Via Electronic Filing</u>**

Re:   Platt - Altaune Brown ADA Litigation 1:24-cv-05688-VSB

Dear Judge Broderick:

This firm represents Flemington Estates LLC, in the above captioned matter. I write this letter motion to request a second extension of time to answer in this matter to October 25, 2024. The Plaintiff has consented to this request, which will coordinate the answer deadlines for all defendants.

Very truly yours,

Avram E. Frisch

Cc: Brad Marks, Esq.
Mary Kate Brennan, Esq.

APPLICATION GRANTED
SO ORDERED    9/5/2024
VERNON S. BRODERICK
U.S.D.J.

