**DENTONS**

Mary Kate Brennan
Senior Attorney

marykate.brennan@dentons.com
D  +1 212-768-6922

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

October 21, 2024

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.   10/21/2024

**VIA ECF**

Hon. Vernon S. Broderick
U.S. District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Brown v. Frankie Shop LLC et al*, Civ. No. 24-cv-05688-VSB
Letter Motion on Consent Requesting Extensions of Time to Respond to Plaintiff's Complaint and Defendant Flemington Estates LLC's Crossclaim

Dear Judge Broderick:

As you are aware, we represent Defendant Frankie Shop LLC ("Frankie Shop") in the above-referenced action. Frankie Shop respectfully moves the Court to reset the following deadlines as set forth in the below chart:

| EVENT | CURRENT DEADLINE | REQUESTED EXTENSION |
|---|---|---|
| Frankie Shop's deadline to answer, move, or otherwise respond to Plaintiff's Complaint | October 25, 2024 | November 25, 2024 |
| Frankie Shop's deadline to answer, move, or otherwise respond to Defendant Flemington Estates LLC's Crossclaim | November 4, 2024 | December 4, 2024 |

Zaanouni Law Firm & Associates ► LuatViet ► Fernanda Lopes & Associados ► Guevara & Gutierrez ► Paz Horowitz Abogados ► Sirote ►
Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► For more information on the firms that have come
together to form Dentons, go to dentons.com/legacyfirms

Both Plaintiff's counsel and Defendant Flemington Estates LLC's counsel consent to these respective requests for 30-day extensions of time.

Frankie Shop previously requested an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. 12), which the Court granted on August 15, 2024. (Dkt. 13.) Frankie Shop has not previously sought to extend its deadline to answer, move, or otherwise respond to Defendant Flemington Estates LLC's Crossclaim. Frankie Shop seeks these extensions to permit the parties to continue meaningful discussions regarding Plaintiff's allegations.

We thank the Court for its time and courtesies.

                                                Respectfully submitted,

                                                */s/ Mary Kate Brennan*

                                                Mary Kate Brennan
                                                Senior Attorney

cc:   All counsel of record (via ECF)