**DENTONS**

**Mary Kate Brennan**

marykate.brennan@dentons.com
D   +1 212-768-6922

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

January 30, 2025

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Altaune Brown v. Frankie Shop LLC & Flemington Estates LLC*; Case No. 1:24-cv-05688-VSB

Dear Judge Broderick:

Dentons US LLP represents Defendant Frankie Shop LLC ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff and Defendant Flemington Estates LLC, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five days (45) days, from January 29, 2025 to March 17, 2025 (as March 15, 2025 falls on a Saturday).

The parties have agreed on the principal terms to resolve this matter and the requested stay will permit the parties to finalize said agreement. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Mary Kate Brennan*
Mary Kate Brennan

cc:   All counsel of record (by ECF)

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

US_ACTIVE\129249370\V-1