UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ALTAUNE BROWN, :
:
                Plaintiff, :
: 24-CV-5688 (VSB)
        -against- :
: **ORDER**
FRANKIE SHOP LLC & FLEMINGTON :
ESTATES LLC, :
:
                Defendants. :
:
------------------------------------------------------------X
:
FLEMINGTON ESTATES LLC, :
:
              Cross Claimant, :
:
        -against- :
:
FRANKIE SHOP LLC, :
:
             Cross Defendant. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement in principle.  (*See* Doc. 23.)  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated:    January 31, 2025
             New York, New York

                                                          _____
                                                           VERNON S. BRODERICK
                                                           United States District Judge