# THE MARKS LAW FIRM, P.C.

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**   03/18/2025

*FILED VIA ECF*
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

      **RE**:    **Altaune Brown v. Frankie Shop LLC, et al.**
             Index: 1:24-cv-05688-VSB

Dear Judge Broderick,

    Pursuant to Section 1(G) of Your Honor's Individual Rules ("Requests for Adjournments or Extensions of Time"), Plaintiff respectfully requests a thirty (30) day extension from **March 17 2025,** to **April 16, 2025**, to conclude or restore the above-referenced action to the calendar in accordance with Your Honor's Order dated January 31, 2025 [Dkt. 24].

    The reason for this request is that, to date, the settlement agreement has been exchanged between the parties and is still pending the Defendants' final approvals, along with all necessary signatures. Due to scheduling issues between the parties and delays, this process has taken longer than expected, but the parties are hopeful that settlement will be consummated by **April 16, 2025**. This is the first request of its kind to extend.

    We thank you and the Court for your time and consideration.

                                     Respectfully Submitted,

                                     The Marks Law Firm, P.C.
                                     By: _____
                                        Bradly G. Marks

CC:    *VIA ECF PACER*
         All Parties

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com